# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JOHN DAVID RANDLE, individually and on behalf of all persons similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUSSELL MCCALL'S, INC. d/b/a )<br>ATLANTA FOODS INTERNATIONAL, )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>1:13-CV-01561-TWT |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims and counterclaims asserted therein and with each party to bear their own costs and fees, is dismissed with prejudice.

Respectfully submitted, this 9th day of December, 2013.

s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
*steve@mixon-law.com*
Alex R. Roberson
Georgia Bar No. 558117
*alex@mixon-law.com*

s/ Christine E. Howard
Christine E. Howard
Georgia Bar No. 370097
*choward@laborlawyers.com*
Caroline J. Brown
Georgia Bar No. 548486
*cbrown@laborlawyers.com*
Matthew R. Simpson
Georgia Bar No. 540260
*msimpson@laborlawyers.com*

| | |
|---|---|
| MILLAR & MIXON, LLC | FISHER & PHILLIPS LLP |
| 1691 Phoenix Boulevard, Suite 150 | 1075 Peachtree Street NE |
| Atlanta, Georgia 30349 | Suite 3500 |
| Telephone: (770) 955-0100 | Atlanta, Georgia  30309 |
| Facsimile: (678) 669-2037 | Telephone:  (404) 231-1400 |
| | Facsimile:   (404) 240-4249 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

ame.

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN DAVID RANDLE, individually and on behalf of all persons similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL NO. |
| v. ) | 1:13-CV-01561-TWT |
| ) | |
| RUSSELL MCCALL'S, INC. d/b/a ) ATLANTA FOODS INTERNATIONAL, ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document, prepared using a Times New Roman 14 point font, on all interested parties by filing the same with the Clerk for the United States District Court, Atlanta Division, who will send notice to all attorneys of record.

Submitted, this 9th day of December, 2013.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050

MILLAR & MIXON, LLC
108 Williamson Mill Road
Jonesboro, Georgia 30236
Phone: (770) 955-0100
Fax:  (678) 669-2037
Email: steve@mixon-law.com